NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELTON G. WOODARD,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7178

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-1757, Judge Alan G. Lance, Sr.

---

**ON MOTION**

---

**ORDER**

Eric K. Shinseki, Secretary of Veterans Affairs, moves for a 21-day extension of time, until February 8, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JAN 3 1 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Elton G. Woodard
Elizabeth A. Speck, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 1 2012

JAN HORBALY
CLERK